UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Marcos MIRANDA–GARCIA, Defendant–Appellant.

No. 13–30079.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2014.*

Filed March 13, 2014.

Alexander C. Ekstrom, Assistant U.S., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Bryan Paul Whitaker, Bryan P. Whitaker, Attorney at Law, Spokane, WA, for Defendant–Appellant.

Before: PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

MEMORANDUM **

Jose Marcos Miranda–Garcia appeals from the district court's judgment and challenges the 120–month sentence imposed following his guilty-plea conviction for conspiracy to distribute and to possess with intent to distribute methamphetamine, and aiding and abetting, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Miranda–Garcia contends that the district court erred by failing to grant a third-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(b). Effective November 1, 2013, section 3E1.1 was amended to clarify that "[t]he government should not withhold [a motion for reduction for acceptance of responsibility] based on interests not identified in § 3E1.1, such as whether the defendant agrees to waive his or her right to appeal." U.S.S.G. § 3E1.1 cmt. n. 6. The government concedes, and we agree, that Miranda–Garcia is entitled to a new sentencing hearing. Accordingly, we vacate Miranda–Garcia's sentence and remand for resentencing.

**VACATED and REMANDED for resentencing.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.